```
1  DAVE M. McGRAW (State Bar No. 86389)
   PATRICK K. McCLELLAN (State Bar No. 77352)
2  LAW OFFICES OF DAVE M. McGRAW
3  A Professional Corporation
   2890 North Main Street, Suite 307
4  Walnut Creek, California 94597-2738
   (925) 944-0206
5
6  Attorneys for Movant
   WELLS FARGO BANK, N.A.
7  Successor by merger to Wells Fargo Bank Southwest, N.A.
   fka: Wachovia Mortgage, FSB
8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 09-53342 |
|---|---|---|
| | ) | Chapter 11 (Converted from Ch. 13) |
| TOMI JOSEPH FERNANDEZ and | ) | R.S. No. DMM-15573 |
| DAISAMMA TOMI FERNANDEZ, | ) | **First Deed: 748 Pecan Way** |
| aka: Tomi J. Fernandez | ) | |
| aka: Tomi Fernandez | ) | MOTION FOR RELIEF FROM STAY |
| aka: Daisamma T. Fernandez | ) | (Rule 4001) |
| aka: Daisamma Fernandez | ) | |
| | ) | Date: December 08, 2009 |
| | ) | Time: 2:00 p.m. |
| Debtors. | ) | Judge: Arthur S. Weissbrodt |
| | ) | Ctrm: 3020 |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 280 South First Street, San Jose, CA |

TO THE COURT AND TO ALL INTERESTED PARTIES:

WELLS FARGO BANK, N.A., will and hereby does move the court for an order terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to exercise its lien enforcement rights under the deed of trust described in the accompanying declaration and for attorney's fees incurred herein.

Said motion is made on the grounds that debtors' estate has no realizable equity in said real property, that the property is not necessary for an effective reorganization of debtors herein, and that Movant is not adequately protected.

Motion For Relief From Stay
C:\MOTIONS\FERNANDEZ\MOTION/ahND

1

In addition, Movant specifically seeks to nullify the effect of Bankruptcy Rule 4001 (a)(3).

This motion is based on the papers and pleadings on file herein, the attached Declaration of Robert Martinez in Support of Motion for Relief From Stay, which is incorporated herein by reference.

Dated: November 19, 2009                LAW OFFICES OF DAVE M. McGRAW

/s/ Dave M. McGraw
DAVE M. McGRAW
Attorneys for Movant