Entered on Docket
July 07, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed July 07, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1 CASPER J. RANKIN (CA SBN 249196)
  ANNE W. HAMANN (CA SBN 254327)
2 PAUL OUDOM (CA SBN 237672)
  PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
  P.O. Box 17933
4 San Diego, CA 92177-0933
  Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

6 Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TOMI JOSEPH FERNANDEZ AND<br>DAISAMMA TOMI FERNANDEZ,<br><br><br><br><br><br><br>Debtor(s). | Case No. 09-53342<br><br>Chapter 11<br><br>R.S. No. CJR-733<br><br>ORDER GRANTING MOTION FOR<br>RELIEF FROM AUTOMATIC STAY<br><br>DATE:     April 20, 2010<br>TIME:     2:00pm<br>CTRM:    3020<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on April 20, 2010, at 2:00 PM, in Courtroom 3020, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Tomi Joseph Fernandez and Daisamma Tomi Fernandez ("Debtors") commonly known as 756 Pecan Way, Campbell, California 95008 (the "Real Property"), which is legally described as follows:

/././

/././

Lot 3 in the City of Campbell, County of Santa Clara, State of California, as shown on that certain Parcel Map recorded September 1, 2005 and filed in Book 790, Pages 40 through 42 of Maps, in the office of the County Recorder of said County.

"New APN for the Fiscal Tax Year 2006-2007 will be 406-02-076."

APN: 406-02-028, 406-02-029

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Tomi Joseph Fernandez
Daisamma Tomi Fernandez
2752 Dresser Court
Campbell, CA 95112

Guy A. Odom, Jr.
Law Offices of Guy A. Odom, Jr.
800 W. El Camino Real, #180
Mountain View, CA 94040
Debtor Attorney

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

WaMu Bank
c/o Managing and/or Servicing Agent
1820 Sky Harbor Circle
South Phoenix, AZ 85034

Tax Collector's Office
70 West Hedding St.
East Wing, 6th Floor
San Jose, CA 95110-1767